IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01548-WYD-MEH

CHARLES NATHAN,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC., a Pennsylvania corporation,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on July 6, 2011.**

    The Stipulated Motion for Entry of Protective Order [filed July 6, 2011; docket #6] is **granted**. The proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.