IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01548-WYD-MEH

CHARLES NATHAN,

      Plaintiff,

v.

PENNCRO ASSOCIATES, INC., a Pennsylvania corporation,

      Defendant.

---

PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68

---

To:    PENNCRO ASSOCIATES, INC.
        c/o Steven J. Wienczkowski, Esq.
        Adam L. Plotkin, PC
        621 Seventeenth Avenue, Suite 1800
        Denver, CO 80293

You are hereby notified that the Plaintiff, Charles Nathan, by counsel, accepts Defendant's Offer of Judgment pursuant to FED.R.CIV.P. 68 served upon the Plaintiff by the Defendant, Penncro Associates, Inc., and attached as Exhibit 1.

                Respectfully submitted,
                Charles Nathan
                By Counsel,

                _s/ David M. Larson_____
                David M. Larson, Esq.
                405 S. Cascade Avenue, Suite 305
                Colorado Springs, CO 80903
                (719) 473-0006
                Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 18, 2011, I electronically filed the foregoing PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with Defendant's Offer of Judgment attached as Exhibit 1 with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

swienczkowski@alp-pc.com

I hereby certify that on July 18, 2011, a copy of the PLAINTIFF'S NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68 along with the Defendant's Offer of Judgment attached as Exhibit 1 was faxed to 303-296-3544 and mailed via first class United States Mail, postage prepaid, to the following interested parties:

PENNCRO ASSOCIATES, Inc.
c/o Steven J. Wienczkowski, Esq.
Adam L. Plotkin, PC
621 Seventeenth Avenue, Suite 1800
Denver, CO 80293

_____s/ David M. Larson_____