IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 11-cv-01548-WYD-MEH

CHARLES NATHAN,

Plaintiff,

v.

PENNCRO ASSOCIATES, INC.,
a Pennsylvania corporation,

Defendant.

_____

**DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68**
_____

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant, Penncro Associates, Inc. ("Penncro" or the "Defendant"), by and through its counsel of record, Adam L. Plotkin, P.C., hereby offers to allow judgment to be taken against it in favor of Plaintiff Charles Nathan, (the "Plaintiff") as follows:

1) Judgment shall be entered in the total amount of One Thousand One Dollars ($1,001), as against Penncro;

2) In addition, Plaintiff's costs and reasonable attorneys' fees now accrued are to be added to the judgment as against Penncro; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion;

3) The judgment entered in accordance with this Offer of Judgment is to be in total settlement of any and all claims by Plaintiff Charles Nathan against Penncro and said judgment shall have no effect whatsoever except in settlement of those claims; and,

2

4) This Offer of Judgment is made solely for the purposes specified in Rule 68 of the Federal Rules of Civil Procedure, and is not to be construed either as an admission that Penncro is liable in this action, or that Plaintiff Charles Nathan has suffered any damage. All liability is denied.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff Charles Nathan within fourteen (14) days after service of this Offer of Judgment, this Offer of Judgment shall be deemed withdrawn and any evidence of this Offer of Judgment will be inadmissible except in any proceeding to recover costs.

In accordance with Rule 68 of the Federal Rules of Civil Procedure, if this Offer of Judgment is not accepted by Plaintiff Charles Nathan and any judgment finally obtained by Plaintiff Charles Nathan is not more favorable than this Offer of Judgment, Plaintiff Charles Nathan must pay all costs incurred by Penncro after the making of this Offer of Judgment.

DATED this 6th day of July, 2011.

                                                   Respectfully submitted,
                                                   Adam L. Plotkin, P.C.

                                                 /s/ Steven J. Wienczkowski
By:                               _____
                                                 Steven J. Wienczkowski, Esq.
                                                 621 Seventeenth Avenue, Suite 1800
                                                 Denver, Colorado 802933
                                                 Telephone: (303) 382-0528
                                                 FAX: (303) 296-3544
                                                 swienczkowski@alp-pc.com
                                                 Attorneys for Defendant

## Certificate of Service

        I hereby certify that on July 6, 2011, the foregoing, **DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO FED.R.CIV.P. 68** was electronically mailed to counsel for Plaintiff and a copy of same was placed in the U.S. Mail, postage prepaid, addressed to the following:

David M. Larson, Esq.
Larson Law Offices
405 S. Cascade Avenue, Suite 305
Colorado Springs, CO 80903
larsonlawoffice@gmail.com

                                                /s/Steven J. Wienczkowski
                         By:   _____
                                                Steven J. Wienczkowski, Esq.