IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01548-WYD-MEH

CHARLES NATHAN,

      Plaintiff,

v.

PENNCRO ASSOCIATES, INC., a Pennsylvania corporation,

      Defendants.

## FINAL JUDGMENT

      Pursuant to the offer of judgment served July 6th, 2011 and the acceptance thereof filed July 18th, 2011 with proof of service, and in accordance with the Federal Rule of Civil Procedure 68, it is

      ORDERED that judgment is hereby entered for the plaintiff Charles Nathan and against the defendant Penncro Associates, Inc., in the amount of $1,001.00.  Plaintiff's costs and reasonable attorneys' fees now accrued are to be added to the judgment as against Penncro; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion.  It is

      FURTHER ORDERED that post-judgment interest shall accrue at the rate of  0.16%  from the date of entry of judgment.

      DATED at Denver, Colorado this  20th   July, 2011.

      GREGORY C. LANGHAM, CLERK

      By:  s/ Edward P. Butler
            Edward P. Butler, Deputy Clerk