IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01548-WYD-MEH

CHARLES NATHAN,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC., a Pennsylvania corporation,

    Defendant.

## ORDER

This matter is before the Court on the Stipulated Motion to Amend the Judgment against the Defendant to Add the Plaintiff's Attorney's Fees (ECF No. 15). The Court has reviewed the pleading and is fully advised in the premises.  It is ORDERED as follows:

    1. The Stipulated Motion to Amend the Judgment against the Defendant to Add the Plaintiff's Attorney's Fees (ECF No. 15) is **GRANTED**.

    2.  Plaintiff's reasonable attorney's fees in the amount of $2,312.50 shall be added to the current Judgment of $1,001.00 and the costs taxed by the Clerk of the Court in the amount of $420.00.  The Clerk of the Court is directed to enter Judgment for the Plaintiff, Charles Nathan, and against the Defendant, Penncro Associates, Inc., in the total amount of $3,733.50, plus post-judgment interest.

Dated: August 3, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge