IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Wiley Y. Daniel

Civil Action No.  11-cv-01548-WYD-MEH

CHARLES NATHAN,

    Plaintiff,

v.

PENNCRO ASSOCIATES, INC., a Pennsylvania corporation,

    Defendant.
_____

## AMENDED JUDGMENT
_____

    Pursuant to the offer of judgment served July 6th, 2011 and the acceptance thereof filed July 18th, 2011 with proof of service, and in accordance with the Federal Rule of Civil Procedure 68, it is

    ORDERED that judgment is hereby entered for the Plaintiff Charles Nathan and against the Defendant Penncro Associates, Inc., in the amount of $1,001.00. Plaintiff's costs and reasonable attorneys' fees now accrued are to be added to the judgment as against Penncro; said fees and costs shall be as are agreed to between counsel for the parties, or if they are unable to agree, as determined by the Court upon motion. It is

    FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.16% from the date of entry of judgment.

    PURSUANT to and in accordance with the Order entered by the Honorable

United States District Chief Judge Wiley Y. Daniel, on August 3, 2011, it is

FURTHER ORDERED that the Stipulated Motion to Amend the Judgment against the Defendant to Add the Plaintiff's Attorney's Fees (ECF No. 15) is granted. Plaintiff's reasonable attorney's fees in the amount of $2,312.50 shall be added to the current Judgment of $1,001.00 and the costs taxed by the Clerk of the Court in the amount of $420.00. It is

FURTHER ORDERED that Judgment is entered for the Plaintiff, Charles Nathan, and against the Defendant, Penncro Associates, Inc., in the total amount of $3,733.50. It is

FURTHER ORDERED that post-judgment interest shall accrue at the rate of 0.21% from the date of entry of this Amended Judgment.

Dated at Denver, Colorado this 4th day of August 2011.

        FOR THE COURT:

        GREGORY C. LANGHAM, CLERK

        By s/Charlotte Hoard
          Deputy Clerk